**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**February 14, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

KEYON MARQUIS BREWER,

    Defendant - Appellant.

No. 24-6096
(D.C. No. 5:23-CR-00230-PRW-1)
(W.D. Okla.)

_____

**ORDER AND JUDGMENT***

_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.

_____

This matter is before us on the Motion to Lift Abatement and for Summary

Affirmance. The United States moves for summary affirmance based on this court's

recent published decision in _Vincent v. Bondi_, No. 21-4121, ___ F.4th ___, 2025 WL

453999 (10th Cir. Feb. 11, 2025). The appellant does not object to entry of summary

affirmance.

---

    * After examining the government's motion and appellate record, this panel
has determined unanimously that oral argument would not materially assist in the
determination of the motion or the appeal. _See_ Fed. R. App. P. 34(a)(2); 10th Cir. R.
34.1(G). The case is therefore ordered submitted without oral argument.
Additionally, this order and judgment is not binding precedent, except under the
doctrines of law of the case, res judicata, and collateral estoppel. It may be cited,
however, for its persuasive value consistent with Fed. R. App. P. 32.1 and
10th Cir. R. 32.1.

In light of the foregoing, the abatement of proceedings in this appeal is lifted, and the government's motion for summary affirmance is granted. The judgment of the district court is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk